USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL FIELD,

    Plaintiff,

v.

METROPOLITAN TRANSPORTATION
AUTHORITY, *et al.*,

    Defendants.

No. 20-CV-928 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case is hereby removed from the Southern District of New York's "Plan for Certain § 1983 Cases Against the City of New York." The initial conference previously scheduled for June 19, 2020 is hereby moved to April 17, 2020 at 3 p.m. The parties shall file the joint letter and proposed case management plan and scheduling order described in the Court's February 10, 2020 Order, Dkt. 7 no later than April 10, 2020.

SO ORDERED.

Dated:   February 13, 2020
         New York, New York

Ronnie Abrams
United States District Judge