USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-8-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL FIELD,

                Plaintiff,

      v.

METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,

                Defendants.

No. 20-CV-928 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by April 10, 2020, as directed in the Court's February 13, 2020 Order. Dkt. 8. If the parties are unable to submit their joint letter and case management plan by April 10th, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:   April 8, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge