PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN  (Retired)

*   ALSO ADMITTED IN FL
**  ALSO ADMITTED IN NJ
†   DECEASED

BEE READY FISHBEIN HATTER & DONOVAN, LLP

# B R F H & D
A T T O R N E Y S-A T-L A W

SENIOR ASSOCIATES

**STEPHEN L. MARTIR
**ANDREW K. PRESTON
DEANNA D. PANICO

ASSOCIATES

† BRIAN A. SUPER
PETER OLIVERI, JR.
AMOS BRUNSON, JR.
RHODA Y. ANDORS
JASON S. GREENFIELD

April 10, 2020

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re: *Field v. MTA* 20-cv-00928 (RA)

Dear Judge Abrams:

This office represents the Defendants in the above-referenced action. I write with the consent of Plaintiff's counsel Mr. DePaola to request a one week extension of time to file a joint letter and case management plan. I have conferred with Mr. DePaola and we do not anticipate an initial conference will be necessary. Mr. DePaola and I are both working remotely, and request the deadline to file a case management plan be extended from April 10, 2020 to April 17, 2020. Once we have finalized the case management plan, I anticipate our joint letter submitted with it will confirm that the parties do not require an initial conference.

We thank the Court in advance for consideration of this request.

Respectfully submitted,

Andrew K. Preston

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
4/13/2020

Office Address:  170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045