UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANIEL FIELD,

                Plaintiff,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, *et al.*,

                Defendants.
-----------------------------------------------------------X

**JUDGMENT
PURSUANT TO RULE 68**

Docket No. 20-cv-928 (RA)

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Judgment to be entered against them in this action in the amount of $15,000.00, including all of Plaintiff's claims for relief.

      **WHEREAS**, defendants offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendants are liable in this action, or that the Plaintiff has suffered any damage. This offer of judgment shall not be filed with the Court, unless (a) accepted or (b) in a proceeding to determine costs; and it is

      **ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Daniel Field, has judgment in the amount of $15,000.00, plus reasonable attorneys' fees and costs, to date of the Rule 68 Offer of Judgment, as against the Defendants.

      The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: May 8, 2020
New York, New York

                                            Ronnie Abrams
                                            United States District Judge